In the Matter of the Application of JAMES J. ENNIS, Respondent, *v.* THE FEDERAL BREWING COMPANY, Appellant.

In the Matter of the Application of RICHARD A. RENDICH, Respondent, *v.* THE FEDERAL BREWING COMPANY, Appellant.

*Matter of Ennis* v. *Federal Brewing Co.*, 123 App. Div. 691, affirmed. *Matter of Rendich* v. *Federal Brewing Co.*, 123 App. Div. 691, affirmed. (Argued May 19, 1908; decided June 2, 1908.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1908, which affirmed an order of Special Term granting an application for

the appointment of appraisers to appraise the value of stock of the Federal Brewing Company held by the petitioner.

*Thaddeus D. Kenneson* for appellant.

*Francis A. McCloskey* for respondents.

Orders affirmed, with costs in one case, on opinion below.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.